

Littler Mendelson P.C.
290 Broadhollow Road
Suite 305
Melville, NY 11747

Joseph A. Gusmano
631.247.4741 direct
631.247.4700 main
jgusmano@littler.com

April 24, 2024

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/25/2024__

**VIA ECF**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Winston James v. Kelly Services, Inc. and Assurant, Inc.*
      Civil Action No. 24-cv-01517

Dear Honorable Judge Carter:

This law firm represents Defendant American Bankers Insurance Company of Florida d/b/a Assurant (incorrectly sued herein as "Assurant, Inc.") in the above-referenced action. In accordance with the Court's Order dated April 19, 2024 (Dkt. 11), we write with the consent of Plaintiff's Counsel to propose the following alternative briefing schedule for Assurant's motion to dismiss: (1) opening brief May 17, 2024; (2) opposition brief May 31, 2024; and (3) reply brief June 14, 2024.

We thank the Court for its consideration of our request.

Respectfully submitted,

LITTLER MENDELSON, P.C.

/s/ Joseph A. Gusmano

Joseph A. Gusmano
Lisa M. Griffith

Cc: All counsel of record (via ECF)

SO ORDERED:

/s/ Andrew L. Carter

HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

Dated: April 25, 2024

littler.com