UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES,<br><br>Plaintiff,<br><br>-against-<br><br>KELLY SERVICES, INC., *et al.*,<br><br>Defendants. | 24-cv-01517 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court ORDERS that the Parties appear before the Court by telephone on Friday, February 21, 2025 at 3:30 p.m to discuss Defendant Assurant's pending motion to dismiss the complaint. The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

**SO ORDERED.**

Dated:   February 18, 2025
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**