UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES,<br><br>Plaintiff,<br><br>-against-<br><br>KELLY SERVICES, INC., *et al.*,<br><br>Defendants. | 24-cv-01517 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court amends its prior order (ECF No. 23) due to technical issues with the Court's conference line. The Parties shall appear before the Court by telephone on Friday, February 21, 2025 at 3:30 p.m to discuss Defendant Assurant's pending motion to dismiss the complaint. The Parties shall contact the Court at 1-855-244-8681 (access code: 2316 685 6557#).

**SO ORDERED.**

Dated:   February 21, 2025
         New York, New York

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**