UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| WINSTON JAMES,<br><br>      Plaintiff,<br><br>    -against-<br><br>KELLY SERVICES, INC. and ASSURANT, INC.<br><br>      Defendants. | 24-cv-01517 (ALC)<br><br>ORDER |

ANDREW L. CARTER, JR., United States District Judge:

  In follow-up from the Court's status conference held on February 21, 2025, the Court **DENIES** Defendant Assurant's motion to dismiss the case (ECF No. 18) and **ORDERS** Defendant Assurant to file its Answer on March 14, 2025. The Court **GRANTS** Plaintiff's request to withdraw his claim under New York City Human Rights Law, leaving Plaintiff's 42 U.S.C. § 1981 claim as the only remaining claim in this action.

  In a separate order, the Court will refer the case to Magistrate Judge Lehrburger for all general pretrial matters and settlement.

SO ORDERED.
Dated: February 21, 2025
    New York, New York

                   _____
                   ANDREW L. CARTER, JR.
                   United States District Judge