UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- x

**WINSTON JAMES**

                             **Plaintiffs,**

                             **-against-**

**KELLY SERVICES INC. ET AL,**

                             **Defendants**

1:24-cv-1517 (ALC)

<u>**ORDER**</u>

-------------------------------------------------------- x

**ANDREW L. CARTER, JR., United States District Judge:**

      On November 3, 2025, Defendant Assurant Inc. wrote to the Court requesting permission to file two Excel files and one mp4 file as exhibits in their Motion for Summary Judgment and sought direction regarding how to do this. ECF No. 66. Defendant is ORDERED to follow Section 1H of the Court's Individual Practices for information on submitting large electronic files.

**SO ORDERED.**

Dated:    November 10, 2025

            New York, New York

                                                                     **ANDREW L. CARTER, JR.**
                                                                     **United States District Judge**