**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

WINSTON JAMES,

Plaintiff,

-against-

24 **CIVIL** 1517 (ALC)

**JUDGMENT**

KELLY SERVICES ET AL,

Defendant.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order & Opinion dated August 31, 2026, Defendants' motion for summary judgment is GRANTED.

**Dated:** New York, New York

September 2, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:**

**Deputy Clerk**